UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Anthony Favors, | Case No. 21-cv-2267 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Commissioner of the Internal Revenue Service (C.I.R.S.) and Internal Revenue Service (I.R.S.), et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT**:

1. The application to proceed *in forma pauperis* of plaintiff Joseph Anthony Favors [ECF No. 13] is **GRANTED**.

2. Favors must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Favors does not complete and return the Marshal Service Forms **within 30 days of this order**, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Favors by the Court.

3. After completion of the Marshal Service Forms, the U.S. Marshals Service is directed to effect service of process on the defendants consistent with Rule 4(i) of the Federal Rules of Civil Procedure.

4. Favors's motion to for leave to supplement the complaint [ECF No. 8] is **DENIED**. Under Local Rule 15.1(a), "any amended pleading must be

complete in itself and must not incorporate by reference any prior pleading." Any amended pleading submitted by Favors must be a standalone document and may not merely supplement a prior pleading.

5. Favors's motion to expedite proceedings [ECF No. 3] is **DENIED**.

Dated: November  2 , 2021            s/ Tony N. Leung
                                     Tony N. Leung
                                     United States District Court
                                     District of Minnesota

                                     *Favors v. Commissioner of Internal Revenue Service et al.*
                                     Case No. 21-cv-2267 (WMW/TNL)